FILED
September 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROLANDO VASQUEZ ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | SA-22-CV-478-OLG |
| UNION PACIFIC RAILROAD ) | |
| COMPANY ) | |
| ) | |
| Defendant ) | |

# ORDER

The Court has considered the report and recommendation of United States Magistrate Judge Richard B. Farrer, filed in the above-styled and numbered cause on August 26, 2024. Docket no. 66. Plaintiff filed objections. Docket no. 67.

The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). After review, the Court finds that the Magistrate Judge's recommendation should be accepted.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 66) is ACCEPTED. For the reasons stated in the recommendation, Plaintiff's motion for partial summary judgment (docket no. 49) is DENIED and Defendant's motion for summary judgment (docket no. 51) is GRANTED.

Final judgment may be entered accordingly, and this case may be closed.

It is so ORDERED this __23rd__ day of September, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE